UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| CIVIL MINUTES - GENERAL | | JS-6 |
|---|---|---|
| Case No. CV13-1890-CAS(RZx) | Date | March 24, 2014 |
| Title  *PHILLIP NEAL RICHARDS v. AZTEC FINANCIAL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) - CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY (Filed 03/20/14)[11]

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE (Filed 02/26/14)[9]

The Court is in receipt of the above-referenced filings. In review of the Consent Order Granting Substitution of Attorney [11], the Court accepts the filing as counsel's response to the Notice to Filer Deficiencies filed on March 4, 2014. The Court hereby grants the Consent Order Granting Substitution of Attorney and substitutes Jiyoon Kim, in place and in stead of Stephen Cohen, as counsel of record for the plaintiff.

The Court accepts plaintiff's Notice of Voluntary Dismissal Without Prejudice filed February 26, 2014, and orders the above-referenced action closed forthwith.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |